KATHERINE BURGER, Respondent, *v.* PHILIP NEUMANN, Appellant.

Argued October 13, 1949; decided October 21, 1949.

*Bernard Meyerson* and *George W. Herz* for appellant.

*Vincent Tese, Richard J. Hendrick* and *Raymond Tese* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.